```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                Plaintiff                   :
                                                            :         22 Civ. 1219 (LGS)
                -against-                                   :
                                                            :              ORDER
RCI DINING SERVICES (37TH STREET), INC.                     :
ET AL.,                                                     :
                                Defendants.                 :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for May 11, 2022.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the May 11, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral for mediation is **GRANTED**. The referral will issue in a separate order. It is further

**ORDERED** that by **May 13, 2022**, Plaintiff shall move for default against Defendant 61 West 37th Street, LLC pursuant to Attachment A of this Court's Individual Rules.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 5, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**