```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                    Plaintiff,              :
                                                            :           22 Civ. 1219 (LGS)
                -against-                                   :
                                                            :                ORDER
RCI DINING SERVICES (37TH STREET), INC.                     :
ET AL.                                                      :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated May 5, 2022, Plaintiff was directed to file a motion for default judgment against Defendant 61 West 37th Street, LLC by May 13, 2022.

WHEREAS, Plaintiff has not filed a motion for default. It is hereby

**ORDERED** that by **May 18, 2022**, Plaintiff shall move for default pursuant to Attachment A of this Court's Individual Rules.

Dated: May 16, 2022
       New York, New York

                                         _____
                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**